UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN SYLLMAN,

                    Plaintiff,

        -against-

KEW GARDENS HILLS, LLC and
A&E REAL ESTATE MANAGEMENT, LLC,

                    Defendants.
------------------------------------------------------------X

Case No.: 23cv00750-ENV

**STIPULATION OF DISCONTINUANCE**

      The Plaintiff, having filed the Complaint in this Court under the Federal Fair Housing Act, the New York State Executive Law, and the New York City Administrative Code alleging that Defendants violated these laws in failing to give Plaintiff a reasonable accommodation with regard to his housing, and, the Defendants having filed an Answer to the Complaint, and, the parties wishing to settle this action, the Plaintiff agrees to discontinue this action without prejudice on the following terms; (1) the parties will engage in a cooperative dialogue regarding Plaintiff's request for a reasonable accommodation in his housing pursuant to New York City Administrative Code Section 8-107(28) within 30 days of the entry of an order dismissing this action; (2) if, after the cooperative dialogue, no agreement is reached between the parties, Plaintiff may bring an action pursuant to the New York City Administrative Code Section 8-107 in the New York State Supreme Court in New York County; (3) this Agreement does not preclude Plaintiff proceeding again under the Federal Fair Housing Act and the New York State Executive Law if his physical and/or mental condition changes; (4) each party will abide their own attorney's fees and costs.

3193166v1

Dated: Garden City, New York
       June 9, 2023

                    MORITT HOCK & HAMROFF LLP
                    Attorneys for Plaintiff
                    By:

                        /s/ *Robert L. Schonfeld*
                    ROBERT L. SCHONFELD
                    400 Garden City Plaza
                    Garden City, New York 11530
                    (516) 873-2000
                    rschonfeld@moritthock.com


                    GORDON REES SCULLY MANSUKHANI, LLP
                    Attorneys for Defendants
                    By:

                        /s/ *David J. Grech*
                    DAVID J. GRECH
                    1 Battery Park Plaza, 28th Floor
                    New York, New York 10004
                    (212) 269-5500
                    dgrech@grsm.com